United States District Court
Southern District of Texas
**ENTERED**
June 06, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIVA CINEMAS THEATERS AND ENTERTAINMENT LLC D/B/A VIVA CINEMA, <br> PLAINTIFF, <br><br> V. <br><br> AMC ENTERTAINMENT HOLDINGS, INC., <br> DEFENDANT. | § § § § § § § § § § § § § CIVIL ACTION NO. 4:15-CV-01015 <br><br> JURY TRIAL DEMANDED |

## ORDER

Having considered Plaintiff Viva Cinemas Theaters and Entertainment LLC d/b/a Viva Cinema's ("Viva") Unopposed Motion for Hearing on its Motion to Extend Expert Designation Deadlines (the "Motion"), the Court hereby GRANTS the Motion. It is hereby ORDERED that Viva's Motion to Extend Expert Designation Deadlines be set for hearing on **16th** day of **June**, 2017 at **10:00 AM**.

It is ORDERED

SIGNED on **JUN 0 6 2017** day of _____, 2017.

_____
The Honorable Alfred H. Bennett
United States District Judge