UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIVA CINEMAS THEATERS AND ENTERTAINMENT LLC d/b/a VIVA CINEMA, | ) ) ) ) ) |
| Plaintiff, | ) Civil Action No. 4:15-cv-01015 |
| v. | ) ) ) |
| AMERICAN MULTI-CINEMA, INC., | ) ) |
| Defendant. | ) JURY TRIAL DEMANDED |

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Viva Cinemas Theaters and Entertainment LLC d/b/a Viva Cinema and Defendant American Multi-Cinema, Inc., hereby file this Joint Stipulation for Dismissal with Prejudice and agree to DISMISS WITH PREJUDICE this action, including all claims asserted herein, in its entirety. The parties agree to bear their own respective attorneys' fees and costs.

1

Dated: September 14, 2018,

                */s/ Michael A. Hawash*
                Michael A. Hawash
                State Bar No. 00792061
                Federal Bar No. 18321
                HAWASH CICACK & GASTON LLP
                3401 Allen Parkway, Suite 200
                Houston, Texas 77019
                mhawash@hcgllp.com
                713-658-9015 (main)
                713-658-9004 (direct & facsimile)

                **Attorney in Charge for**
                **Plaintiff Viva Cinema**

*Of Counsel:*

MEADE & NEESE LLP
Andrew K. Meade
State Bar No. 24032854
Federal Bar No. 32811
2118 Smith Street
Houston TX 77019
ameade@meadeneese.com
713-658-9006 (direct & facsimile)

HAWASH CICACK & GASTON LLP
Jeremy Gaston
State Bar No. 24012685
Federal Bar No. 26469
3401 Allen Parkway, Suite 200
Houston, Texas 77019
jgaston@hcgllp.com
713-658-9007 (direct & facsimile)

                *-and-*

Dated: September 14, 2018

    */s/ Michael A. Swartzendruber*
    Michael A. Swartzendruber *(Attorney-in-charge)*
    State Bar No.  19557702
    Federal ID No. 28737
    michael.swartzendruber@nortonrosefulbright.com
    Beau Cox
    State Bar No.  24065087
    beau.cox@nortonrosefulbright.com
Norton Rose Fulbright US LLP
2200 Ross Avenue, Suite 3600
Dallas, TX  75201-7932
Telephone:     (214) 855-8000
Facsimile:      (214) 855-8200

    Darryl W. Anderson
    State Bar No. 24008694
    Federal I.D. No. 25059
    darryl.anderson@nortonrosefulbright.com
    Geraldine W. Young
    State Bar No. 24084134
    Federal ID No. 1725980
    geraldine.young@nortonrosefulbright.com
Norton Rose Fulbright US LLP
1301 McKinney Street, Suite 5100
Houston, TX 77010-3095
Telephone:     (713) 651-5151
Facsimile:      (713) 651-5246

**COUNSEL FOR DEFENDANT AMERICAN MULTI-CINEMA, INC**.

**CERTIFICATE OF SERVICE**

I certify that I have this day electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

Dated this 14th day of September, 2018.

*/s/ Michael Swartzendruber*
Michael Swartzendruber