United States District Court
Southern District of Texas
**ENTERED**
September 17, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| VIVA CINEMAS THEATERS AND ENTERTAINMENT LLC d/b/a VIVA CINEMA,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN MULTI-CINEMA, INC.,<br><br>Defendant. | Civil Action No. 4:15-cv-01015<br><br><br>JURY TRIAL DEMANDED |

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having read and considered the parties' Joint Stipulation of Dismissal with Prejudice, hereby orders that the above-styled action is DISMISSED WITH PREJUDICE. All parties shall bear their respective attorneys' fees and costs.

It is so ORDERED.

SEP 17 2018
Date

The Honorable Alfred H. Bennett
United States District Judge

1